UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
Terri Casillas

                              Plaintiff,

                        - against -

RICHARD F. DAINES, as Commissioner of the
New York State Department of Health, and
ROBERT DOAR, as Commissioner of the
New York City Human Resources Administration,

                        Defendants.
-----------------------------------------------------------------X

07 Civ. 4082

**Affidavit of Service**

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK  )

    CHRISTIAN JURADO, being duly sworn, deposes and says:

    1. I am not a party to this action, I am over eighteen (18) years of age and I reside in Jackson Heights, New York.

    2. On May 25, at approximately 11:00 a.m., I served a true and correct copy of the Summons and Complaint in the within action on Defendant Robert Doar, as commissioner of the New York City Human Resources Administration, at his offices at 180 Water Street, New York, New York 10038, by personally delivering same to the person designated to receive service of legal papers in that office.

                                                         CHRISTIAN JURADO

Sworn to me before this 1st
day of June, 2007.

_____
NOTARY PUBLIC

AMY HOZER
Notary Public, State of New York
No. 02HO6117138
Qualified in New York
Commission Expires October 18, 20 08