UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TERRI CASILLAS,

                Plaintiff,

  -against-

RICHARD F. DAINES, as Commissioner of the New York
State Department of Health, and ROBERT DOAR,
as Commissioner of the New York City Human Resources
Administration,

              Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CIV-4082

      PLEASE TAKE NOTICE that defendant Richard Daines, as Commissioner New York State Department of Health, hereby appears by the undersigned, whose address and telephone number are as set forth below.

Dated: New York, New York
       June 12, 2007

                           ANDREW M. CUOMO
                           Attorney General of the State of New York
                           Attorney for Defendant Richard Daines
                           120 Broadway - 24th Floor
                           New York, NY  10271-0332

                           By: _____/S/_____
                           Deborah Hochhauser (DH-)(0940)
                           Assistant Attorney General
                           Telephone: (212) 416-8629

To: NYC LAW DEPARTMENT, OFFICE OF THE CORPORATION COUNSEL
100 Church Street
New York, New York 10007

NEW YORK LEGAL ASSISTANCE GROUP
Jane Greengold Stevens, Esq.
Caroline Hickey, Esq.
Deborah Berkman, Esq.
450 West 33rd Street, 11th Floor
New York, New York 10001

SYLVIA RIVERA LAW PROJECT
Pooja Gehi, Esq.
322 Eighth Ave., 3rd Floor
New York, NY 10001

ORRICK, HERRINGTON & SUTCLIFF LLP
Morton Dubin, Esq.
666 5th Ave.
New York, NY 10103