

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-07

ANDREW M. CUOMO
Attorney General

LESLIE LEACH
Deputy Attorney General
State Counsel Division

**MEMO ENDORSED**

June 13, 2007

Writer's Direct Dial
(212) 416-8629

JUNE DUFFY
Assistant Attorney General In Charge
Litigation Bureau

**By Facsimile**
Hon. P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted*
*SO ORDERED*
*[signature] USDJ*
*6-13-07*

Re:   *Casillas v. Daines, et al.,* 07 Civ. 4082(PKC)

Dear Judge Castel:

I am the Assistant Attorney General from the New York State Attorney General's Office who has been assigned to handle this matter on behalf of defendant, Richard F. Daines, as Commissioner of the New York State Department of Health ("State defendant). I write on behalf of State defendant and Deborah Dorfman, who is the Assistant Corporation Counsel in the office of the New York City Corporation Counsel's Office, who has been assigned to handle this matter on behalf of Robert Doar, as the Commissioner of the New York City Human Resources Administration ("City defendant"), to request an extension of time by which State and City defendants must answer or move with respect to the complaint, to and including July 16, 2007. *OK*

An extension is necessary so that the defendants have time to investigate the allegations contained in the complaint and prepare an appropriate response. This is defendants' first request for such an extension and counsel for plaintiff has consented to the request.

Respectfully submitted,

DEBORAH HOCHHAUSER (DH-0940)
Assistant Attorney General

cc:   Deborah Berkman, Esq. (By Facsimile)
      Martha Calhoun, Esq. (For Deborah Dorfman, Esq.)(By Facsimile)

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us