UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TERRY CASILLAS

                              Plaintiffs,

        -against-

RICHARD F. DAINES, et al

                              Defendant.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ 4082 (KPC)

TO THE CLERK OF THE COURT:

        PLEASE TAKE NOTICE that the defendant, Robert Doar, appears in the above-captioned action by and through the undersigned attorney.

Dated:       New York, New York
               June 27, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for New York City Defendants
                                    100 Church Street
                                    New York, New York 10007

                      BY:    *[signature]*
                              MARTHA CALHOUN (MC 5009)
                              (212) 788-0923
                              mcalhoun@law.nyc.gov