UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

————————————————————

T.C.,

                    Plaintiff,

       -against-

RICHARD F. DAINES, as Commissioner of the
New York State Department of Health, and
ROBERT DOAR, as Commissioner of the
New York City Human Resources Administration,

                    Defendants.

07 Civ. 4082(KPC)

**[PROPOSED] ORDER FOR
ADMISSION PRO HAC VICE
ON WRITTEN MOTION**

————————————————————

Upon the motion of Martha Calhoun, attorney for Defendant Robert Doar, as Commissioner of
the New York City Human Resources Administration and said sponsor attorney's affidavit in
support;

**IT IS HEREBY ORDERED** that :

    Applicant's Name: DEBORAH ALYSE DORFMAN

    Firm Name: New York City Law Department, Office of the Corporation Counsel

    Address: 100 Church Street, Room 2-185

    City/State/Zip: New York, New York 10007

    Phone Number: (212) 788-0408

    Fax Number: (212) 788-0940

    E-mail: ddorfman@law.nyc.gov

Is admitted to practice pro hac vice as counsel for Defendant Doar in the above-captioned case in
the United States District Court for the Southern District of New York. All attorneys appearing
before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,
counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall
forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____
Kevin P. Castell
United States District Court Judge

7 5 - 07