

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

T.C.,

                Plaintiff,

    -against-                              07 Civ. 4082(KPC)

RICHARD F. DAINES, as Commissioner of the      **MOTION TO ADMIT COUNSEL**
New York State Department of Health, and
ROBERT DOAR, as Commissioner of the              **PRO HAC VICE**
New York City Human Resources Administration,

                Defendants.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I Martha Calhoun a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: DEBORAH ALYSE DORFMAN
    Firm Name: New York City Law Department, Office of the Corporation Counsel
    Address: 100 Church Street, Room 2-185
    City/State/Zip: New York, New York 10007
    Phone Number: (212) 788-0408
    Fax Number: (212) 788-0940

DEBORAH ALYSE DORFMAN is a member in good standing of the Bar of the States of

Washington and Utah.

There are no pending disciplinary proceedings against DEBORAH ALYSE DORFMAN in any

State or Federal court.

Dated: June 28, 2007

New York, New York:

Respectfully submitted,

*[signature]*

Martha Calhoun
SDNY Bar MC 5009
New York City Law Department,
Office of the Corporation Counsel
100 Church Street, Room 2-113
New York, New York 10007
Phone Number: (212) 788-0923
Fax Number: (212) 788-8877

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

DEBORAH A. DORFMAN

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 23823

**CERTIFICATE OF GOOD**

**STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DEBORAH A. DORFMAN

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on June 21, 1994, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 18th day of June, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660

John C. Baldwin
Executive Director

June 20, 2007

To Whom It May Concern:

This is to certify that **Deborah A. Dorfman**, Utah State Bar **No. 07048**, was admitted to practice law in Utah on **May 16, 1995** and is an active member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **Deborah A. Dorfman** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar

**Board of Commissioners**
Augustus G. Chin
President
V. Lowry Snow
President-Elect
Nathan Alder
Steven R. Burt, AIA
Christian W. Clinger
Yvette D. Diaz
Mary Kay Griffin, CPA
Robert L. Jeffs
Curtis M. Jensen
Felshaw King
Lori W. Nelson
Herm Olsen
Stephen W. Owens
Scott R. Sabey
Rodney G. Snow



*Celebrating Seventy-five Years of Service*

www.utahbar.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

T.C.,

                        Plaintiff,

       -against-                                   07 Civ. 4082(KPC)

RICHARD F. DAINES, as Commissioner of the      **AFFIDAVIT OF**
COUNSEL; New York State Department of Health, and   **MARTHA CALHOUN**
ROBERT DOAR, as Commissioner of the              **IN SUPPORT OF**
New York City Human Resources Administration,      **MOTION TO ADMIT**
                                                         **COUNSEL PRO HAC**
                              Defendants.              **VICE**

---

State of New York  )
                          )    ss:
County of New York  )

Martha Calhoun, being duly sworn, hereby deposes and says as follows:

1. I am an Assistant Corporation Counsel at the New York City Law Department, Office of the Corporation Counsel and am counsel for defendant, Robert Doar, as Commissioner of the New York City Human Resources Administration, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Deborah Alyse Dorfman as counsel pro hac vice to represent Defendant Doar in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Deborah Alyse Dorfman since March of 2007.

4. Ms. Dorfman is an Assistant Corporation Counsel at the New York City Law Department, Office of the Corporation Counsel in New York, New York.

- 2 -

5. I have found Ms. Dorfman to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Deborah Alyse Dorfman, pro hac vice.

7. Counsel for plaintiff and counsel for defendant Richard Daines have been contacted regarding this motion and have given their consent.

8. I respectfully submit a proposed order granting the admission of Deborah Alyse Dorfman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Deborah Alyse Dorfman, pro hac vice, to represent Defendant Doar in the above captioned mater, be granted.

Dated: June 28, 2007

New York, New York

Respectfully submitted,

Martha Calhoun
SDNY Bar Code: MC 5009.

STATE OF NEW YORK,    )
                     : SS:
COUNTY OF NEW        )
YORK

On the 28th day of June 2007, before me personally came and appeared Martha Calhoun, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he/she executed the same.

Judith Lieberman
NOTARY PUBLIC

JUDITH LIEBERMAN
Notary Public, State of New York
No. 24-01LI4789660
Qualified in Queens County
Commission Expires July 31, 2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

T.C.,

                              Plaintiff,

      -against-                                    07 Civ. 4082(KPC)

RICHARD F. DAINES, as Commissioner of the     **[PROPOSED] ORDER FOR**
New York State Department of Health, and         **ADMISSION PRO HAC VICE**
ROBERT DOAR, as Commissioner of the            **ON WRITTEN MOTION**
New York City Human Resources Administration,

                              Defendants.

Upon the motion of Martha Calhoun, attorney for Defendant Robert Doar, as Commissioner of the New York City Human Resources Administration and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that :

        Applicant's Name: DEBORAH ALYSE DORFMAN

        Firm Name: New York City Law Department, Office of the Corporation Counsel

        Address: 100 Church Street, Room 2-185

        City/State/Zip: New York, New York 10007

        Phone Number: (212) 788-0408

        Fax Number: (212) 788-0940

        E-mail: ddorfman@law.nyc.gov

Is admitted to practice pro hac vice as counsel for Defendant Doar in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

                                                                            Kevin P. Castell
                                                                            United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TERRY CASILLAS

                                        Plaintiffs,                **NOTICE OF APPEARANCE**

        -against-

RICHARD F. DAINES, et al                                     07 Civ 4082 (KPC)

                                        Defendant.

------------------------------------------------------------------------x

TO THE CLERK OF THE COURT:

        PLEASE TAKE NOTICE that the defendant, Robert Doar, appears in the above-captioned action by and through the undersigned attorney.

Dated:        New York, New York
                June 27, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                  Attorney for New York City Defendants
                                  100 Church Street
                                  New York, New York  10007

                 BY:     _/s/ Martha Calhoun_____
                              MARTHA CALHOUN (MC 5009)
                              (212) 788-0923
                              mcalhoun@law.nyc.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

T.C.,

                             Plaintiff,

       -against-                                    07 Civ. 4082(KPC)

RICHARD F. DAINES, as Commissioner of the         **DECLARATION OF SERVICE**
New York State Department of Health, and
ROBERT DOAR, as Commissioner of the
New York City Human Resources Administration,

                             Defendants.

---

I, DEBORAH A. DORFMAN, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746, that, on July 2, 2007, I caused a true and correct copy of the annexed following documents: Motion to Admit Counsel Pro Hac Vice; Affidavit of Martha Calhoun in Support of Motion to Admit Counsel Pro Hac Vice; [Proposed] Order for Admission Pro Hac Vice on Written Motion; original Certificates of Good Standing for Deborah A. Dorfman from the Washington State Supreme Court and the Utah Bar Association, and Notice of Appearance to be filed and served by hand delivery to the following: Deborah Berkman at the New York Legal Assistance Group, 450 West 33rd Street, 11th Floor, New York, New York 10001; Pooja Gehi at the Sylvia Rivera Law Project, 322 Eighth Avenue, 3rd floor, New York, N.Y. 10001, Morton Dubin at Orrick, Herrington & Sutcliffe, LLP, 666 Fifth Avenue, New York, N.Y. 10103, and Deborah Hochhauser at the New State Office of the Attorney General, Division of State Counsel,

Litigation Bureau, 120 Broadway, New York, N.Y. 10271-0332, the addresses designated by counsel for Plaintiff and counsel for the State Defendant for that purpose.

Dated: New York, New York
       July 2, 2007

By: _____
Deborah A. Dorfman
Assistant Corporation Counsel