# MEMO ENDORSED



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DEBORAH A. DORFMAN
Tel: (212) 788-0408
Fax: (212) 788-0940
email: ddorfman@law.nyc.gov

July 10, 2007

**BY FACSIMILE**
Hon. P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street

*Terry Casillas v. Robert Daines, et al.*, 07 CV 4082 (PKC)

Dear Judge Castel:

I write on behalf of all of the Defendants in the above-named matter. In light of the Court's July 5th Endorsement of the Defendant Robert Doar's ("City Defendant") request for a pre-motion conference and the Court's Order extending the time for the City Defendant to answer or move until September 4, 2007 and directing plaintiffs to respond to City Defendant's letter by July 13, 2007, the defendants respectfully request that that the scheduling conference set for July 20th be adjourned until after the Court rules on City Defendant's request for leave to file a motion to dismiss. Included in this request is a request to adjourn the date for joint letter and the joint case management plan. This is the first request for an extension of time for the case management conference.

An extension of time is in the interests of judicial economy as the Court's decision on the City Defendant's request for leave to file a motion to dismiss will better inform the parties in their preparation of the joint letter and case management plan. I have spoken with Plaintiff's counsel, Deborah Berkman, and she does not oppose this request.

Respectfully submitted,

MICHAEL E. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant Doar
100 Church Street
New York, New York 10007

*[signature]*

Deborah A. Dorfman, Pro Hac Vice
Assistant Corporation Counsel

Cc: Deborah Berkman, Esq. (By Facsimile)
    Deborah Hochauser, Esq. (By Facsimile)

*[Handwritten note:]* The July 20 conference is the premotion conference. Application denied. If need be, it will also serve as the Loue Mongret Copueel.

SO ORDERED.

*[signature]* SDJ
7-10-07