AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Terry Casillas,

                                  Plaintiff,             **APPEARANCE**

    -against-

RICHARD F. DAINES, as Commissioner of the New York State     Case Number: 07 Civ. 4082 (KPC) 1
Department of Health, and ROBERT DOAR, as Commissioner
of the New York City Human Resources Administration,

                              Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff,
        Terry Casillas

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/19/2007 | _/s/ Morton D. Dubin_ |
| Date | Signature |
| | Morton D. Dubin      MD-7149 |
| | Print Name      Bar Number |
| | 666 Fifth Avenue |
| | Address |
| | New York    NY    10103 |
| | City    State    Zip Code |
| | (212) 506-5000    (212) 506-5151 |
| | Phone Number    Fax Number |