AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern             DISTRICT OF             New York

**APPEARANCE**

Case Number: 07 Civ. 4082 (PKC) (GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/10/2007 | *[signature]* |
| Date | Signature |
| | Pooja Gehi, Esq.   PG4718 |
| | Print Name   Bar Number |
| | Sylvia Rivera Law Project 322 8th Avenue, 3rd Floor |
| | Address |
| | New York   NY   10001 |
| | City   State   Zip Code |
| | (212) 337-8550   (212) 337-1972 |
| | Phone Number   Fax Number |