UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
TERRY CASILLAS

        Plaintiff,

        - against -              **NOTICE OF APPEARANCE**

RICHARD F. DAINES, et al              07 Civ. 4082 (KPC)

        Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court:

    PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Terry Casillas, Plaintiff in the above captioned matter.

Dated: New York, New York
       September 7, 2007

                                                      By: /s/ Franklin H. Romeo
                                                      Franklin H. Romeo (FR 2194)
                                                      SYLVIA RIVERA LAW PROJECT
                                                      322 8th Ave., 3rd Floor
                                                      New York, NY 10001
                                                      (212) 337-8550
                                                      fax (212) 337-1972