# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

## MEMO ENDORSED December 18, 2008

LESLIE LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General In Charge
Litigation Bureau

Writer's Direct Dial
(212) 416-8629

**By Facsimile**

Hon. P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

Re: *Casillas v. Daines, et al.*, 07 Civ. 4082(PKC)

Dear Judge Castel:

I am the Assistant Attorney General from the New York State Attorney General's Office who has been assigned to handle this matter on behalf of defendant, Richard F. Daines, as Commissioner of the New York State Department of Health ("State Defendant). Pursuant to the Court's order, dated October 29, 2007, the State Defendant's Motion for Judgment on the Pleadings and the Memorandum in Support of this Motion must be served and filed by tomorrow, December 19, 2007. According to Your Honor's Individual Practices, the Memorandum should not exceed twenty five pages. I write to request permission to file a Memorandum that exceeds this page limit by a few pages, but by no more than five. The attorneys for plaintiff have consented to this request.

*Application for nerording not to exceed 35 pages is granted.*

Respectfully submitted,

DEBORAH HOCHHAUSER (DH-0940)
Assistant Attorney General

cc: Deborah Berkman, Esq. (By Facsimile)

SO ORDERED
/s/ 12-18-07

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 *Not For Service of Papers
http://www.oag.state.ny.us