UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TERRI CASILLAS,

                Plaintiff,                      07-CV-4082 (PKC)
   -against-

RICHARD F. DAINES, as Commissioner of the      NOTICE OF MOTION
New York State Department of Health, and           FOR JUDGMENT ON
ROBERT DOAR, as Commissioner of the               THE PLEADINGS
New York City Human Resources Administration,

                Defendants.
---------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the pleadings and prior proceedings herein, defendant Richard Daines, as Commissioner of the New York State Department of Health ("State Defendant") by his attorney, Andrew M. Cuomo, Attorney General of the State of New York, will move this Court before the Honorable Kevin P. Castel, United States District Judge, on February 1, 2008, at the United States Court House, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard for an order for a judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing the complaint against State defendant on the grounds that: a) the plaintiff does not have an enforceable right to the relief requested; and b) plaintiff has failed to state a cause of action against State defendant due to the fact that the promulgation and implementation of the regulation at issue is a reasonable construction of the federal Medicaid statute and does not violate the equal protection clause of the United States Constitution.

     Pursuant to the Court's order dated October 29, 2007, plaintiff's opposition papers are due on or before January 21, 2008 and State defendant's reply papers, if any, is due

on or before February 1, 2008.


Dated: New York, New York
       December 18, 2007

                                                ANDREW M. CUOMO
                                                Attorney General of the
                                                 State of New York
                                                <u>Attorney for State Defendant</u>
                                                By:


                                                DEBORAH HOCHHAUSER (DH-0940)
                                                Assistant Attorney General
                                                120 Broadway
                                                New York, New York 10271
                                                (212) 416-8629


TO:    Yisroel Schulman, Esq.
         New York Legal Assistance Group
         By:    Deborah Berkman, of Counsel
         130 East 59th Street, 14th Floor
         New York, NY 10022

         Sylvia Rivera Law Project
         Pooji Gehi, Esq.
         322 Eighth Ave., 3rd Floor
         New York, New York 10001

         Orrick, Herrington & Sutcliffe LLP
         Morton Dubin, Esq.
         666 Fifth Ave.
         New York, New York 10103