**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

ANDREW M. CUOMO
Attorney General

LESLIE LEACH
Deputy Attorney General
State Counsel Division

January 30, 2008

Writer's Direct Dial
(212) 416-8629

JUNE DUFFY
Assistant Attorney General In Charge
Litigation Bureau

**By Facsimile**

Hon. P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Casillas v. Daines, et al.</u>, 07 Civ. 4082(PKC)

Dear Judge Castel:

      I am the Assistant Attorney General from the New York State Attorney General's Office who has been assigned to handle this matter on behalf of defendant, Richard F. Daines, as Commissioner of the New York State Department of Health ("State Defendant). Pursuant to the Court's order, dated October 29, 2007, State Defendant's Reply Memorandum in Further Support of his Motion for a Judgment on the Pleadings must be served and filed by Friday, February 1, 2008. According to Your Honor's Individual Practices, the reply memorandum should not exceed ten pages. I write to request permission to file a memorandum that exceeds this page limit by a few pages, but by no more than five. The attorneys for plaintiff have consented to this request.

                                      Respectfully submitted,

                                      DEBORAH HOCHHAUSER (DH-0940)
                                      Assistant Attorney General

cc:    Deborah Berkman, Esq. (By Facsimile)

Application Granted.

So Ordered: _____
            Hon. P. Kevin Castel, U.S.D.J.
        2-4-08

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us