USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TERRI CASILLAS,

                       Plaintiff,                  07 Civ.4082(PKC)

      -against-

                                        ORDER

RICHARD F. DAINES, as Commissioner of
the New York State Department of Health, et
al.

                     Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Oral argument on the pending motion under Rule 12(c), Fed. R. Civ. P., is scheduled for July 2, 2008 at 2 p.m. in Courtroom 12C.

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         May 30, 2008