UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TERRI CASILLAS,                                    :   **NOTICE OF APPEARANCE**
                                                   :
                Plaintiff,               :   07 Civ. 4082 (PKC)
                                                   :
         -against-                             :
                                                   :
RICHARD F. DAINES, as Commissioner of the          :
New York State Department of Health, and           :
ROBERT DOAR, as Commissioner of the                :
New York City Human Resources Administration,      :
                                                   :
                Defendants.              :
                                                   :
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Richard F. Daines, Commissioner of the New York State Department of Health ("the State defendant") hereby requests that all future papers be served upon the Office of the New York State Attorney General to the attention of Jennifer L. Johnson, Assistant Attorney General, at 120 Broadway, 24th Floor, New York, New York 10271-0332, who will hereafter serve as lead and notice attorney for the State defendant in the above-captioned matter. Electronic service should go to Jennifer.Johnson@oag.state.ny.us.

Dated:   New York, New York
         July 8, 2008


                                                          By:   */s/ Jennifer L. Johnson*
                                                                 JENNIFER L. JOHNSON
                                                                 Assistant Attorney General
                                                                 120 Broadway
                                                                 New York, New York  10271
                                                                 (212) 416-6211