

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERRI CASILLAS,

                Plaintiff,                           07 **CIVIL** 4082 (PKC)

       -against-                                 **JUDGMENT**

RICHARD F. DAINES, Commissioner of the
New York State Department of Health,
                Defendant.
-----------------------------------------------------------X         **SCANNED**

       Defendant Daines having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motion having come before the Honorable P. Kevin Castel, United States District Judge, and the Court thereafter, on August 5, 2008 having rendered its Memorandum and Order granting defendant Daines' motion for judgment on the pleadings and directing the Clerk of the Court to enter final judgment as defendant Robert Doar, Commissioner of the New York City Human Resources Administration, having previously been dismissed from the action, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated August 5, 2008, defendant Daines' motion for judgment on the pleadings is granted and final judgment is entered for defendants as defendant Robert Doar, Commissioner of the New York City Human Resources Administration, having previously been dismissed from the action.

**Dated:** New York, New York
          August 5, 2008

                                                  **J. MICHAEL McMAHON**
                                                    **Clerk of Court**
                           BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____